PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ernesto Lopez-Diaz                     Cr.: 08-00166-001
                                                         PACTS #: 37696

Name of Sentencing Judicial Officer:  THE HONORABLE DICKINSON R. DEBEVOISE
                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/18/2008

Original Offense: 21:846=ND.F; CONSPIRACY TO DISTRIBUTE NARCOTICS

Original Sentence: 162 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, DNA testing

Type of Supervision: Supervised Release            Date Supervision Commenced: 11/02/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On April 20, 2016, the offender was arrested by members of the Newark Police Department for alleged possession of a controlled dangerous substance (i.e. eight bags of heroin). On May 24, 2016, Lopez-Diaz pled guilty to wandering in Essex County Special Remand Court. Lopez-Diaz was sentenced to one (1) year probation and assessed $785 in fines and penalties. |
| 2 | On April 28, 2016, Lopez-Diaz admitted to using heroin on one occasion prior to the above mention arrest. |

U.S. Probation Officer Action:
   While the probation office is discouraged by Lopez-Diaz's actions, we are requesting an opportunity to address his noncompliance internally. The Probation Office will intensify supervision efforts to include increased office reporting and community contact with the offender. Lopez-Diaz will also be referred to Moral Reconation Therapy (an in-house cognitive behavioral program). If Your Honor agrees with our plan, the probation office will present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 05/25/2016

Prob 12A – page 2
Ernesto Lopez-Diaz

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other  FORMAL WRITTEN REPRIMAND AS PROPOSED BY PROBATION

_____
Signature of Judicial Officer

6/14/16
Date